IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DENNIS DALE SQUIRES,

    Plaintiff,

    v.                                        Case No. 3:25-cv-21-JDP

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.

---

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

---

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' joint motion to remand this action, this Court now, upon review, under sentence four of 42 U.S.C. § 405(g) hereby reverses the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, the Appeals Council will remand the matter to an Administrative Law Judge (ALJ) with instructions to give further consideration to the claimant's maximum residual functional capacity during the entire period at issue, provide rationale with specific references to evidence of record in support of assessed limitations, and proceed through the remainder of the sequential evaluation process. The ALJ will offer the

1

claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision.

SO ORDERED this __24TH__ day of __JUNE__ 2025.

BY THE COURT:

_____
HONORABLE JAMES D. PETERSON
United States District Judge